IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOVAN MIGUELL BURGOS,

    Plaintiff,

v.                                                         CASE NO. 4:24cv394-RH-MAF

LEON COUNTY SCHOOL BOARD,

    Defendant.

_____/

## ORDER DISMISSING THE COMPLAINT
## AND GRANTING LEAVE TO AMEND

This case is before the court on the magistrate judge's report and recommendation, ECF No. 22. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is accepted.

2. The motion to dismiss, ECF No. 16, is granted.

3. The complaint, ECF No. 1, is dismissed.

4. The plaintiff is given leave to file an amended complaint by June 17, 2025.

5. The case is remanded to the magistrate judge for further proceedings.

SO ORDERED on May 25, 2025.

s/Robert L. Hinkle  
United States District Judge